UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MARGARET MOON | ) | Case No. 04-10881 (REG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| ANGELA TESE-MILNER, as Chapter 7 Trustee of Margaret Moon | ) | Adversary No. 05-01135 (REG) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| - against - | ) | |
| | ) | |
| MARGARET MOON, KENNETH PAUL, and SPECIALTY CLAIMS MANAGEMENT | ) | |
| | ) | |
| Defendants. | ) | |

## ERRATA ORDER RE DECISION ON MOTIONS FOR SUMMARY JUDGMENT

This matter having come up on the Court's own motion, it is **ORDERED:**

1. That the Court's Decision on Motions for Summary Judgment, dated April 23, 2008, is corrected in the respects noted below:

   Page 7, first paragraph, last sentence: replace "personal injury lawsuit" with "Personal Injury Action";

   Page 7, second paragraph, second sentence: replace "personal injury lawsuit" with "Personal Injury Action";

   Page 10, footnote 22: add a period at the end of the footnote after the parenthetical;

   Page 16, first paragraph, last sentence: replace "if had he attempted" with "if he had attempted".

2. That future references to this decision shall be to the decision as corrected, a copy of which is attached as Exhibit A.

Dated: New York, New York          *s/ Robert E. Gerber*
       April **28**, 2008                 United States Bankruptcy Judge